CONSIDERATION—See Condition Precedent—Assumpsit 3, 5—Deed, Ex. and Ad. 7.

---

## CONDEMNATION.

### *No.* 1.

**EDWARDS** *against* **ADAMS.** *Caledonia*, 1817.

In an action of trespass, for taking personal property, a condemnation under the non-intercourse act of Vermont, of 1812 is proper evidence to the Jury, to justify the defendant's taking.